United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO HERNANDEZ-ALVARADO,<br><br>Defendant. | Case No.: **26-cr-03576-JAH**<br>26MJ4923<br><br>**INFORMATION**<br><br>Title 8, U.S.C., § 1325(a)(1) – Improper Entry by an Alien (Misdemeanor);<br>Title 8, U.S.C., § 1326(a) – Removed Alien Found in the United States (Felony). |

The United States Attorney charges:

Count 1

On or about August 18, 2026, within the Southern District of California, the defendant, Arturo Hernandez-Alvarado, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

Count 2

On or about August 18, 2026, within the Southern District of California, the defendant, Arturo Hernandez-Alvarado, an alien, who previously had been excluded, deported, and removed from the United States, was found in the United States without

DESA:kot:9/4/2026

the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Dated: 9/8/26.

ADAM GORDON
United States Attorney

DEREK W. SANFORD
Special Assistant U.S. Attorney